UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF CHRISTOPHER VONDERLIETH,<br><br>           Plaintiff,<br><br>vs.<br><br>RIVERPORT INSURANCE CO.,<br><br>           Defendant. | 4:15-CV-04192-KES<br><br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

The parties notified the court that the matter has settled. Based on that notification, the matter will be dismissed without prejudice. The court will retain jurisdiction over this matter until the settlement is completed and a joint motion for dismissal with prejudice is filed. In the event the settlement is not completed, any party can move this court to reopen the case. Therefore, it is

ORDERED this matter is dismissed without prejudice.

Dated September 27, 2016.

                                          BY THE COURT:

                                          /s/ *Karen E. Schreier*
                                          KAREN E. SCHREIER
                                          UNITED STATES DISTRICT JUDGE