UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF CHRISTOPHER VONDERLIETH, <br><br> Plaintiff, <br><br> vs. <br><br> RIVERPORT INSURANCE CO., <br><br> Defendant. | 4:15-CV-04192-KES <br><br><br> JUDGMENT OF DISMISSAL WITHOUT PREJUDICE |

It is ORDERED, ADJUDGED, and DECREED that the above-entitled action is dismissed without prejudice.

Dated September 27, 2016.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE