### UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH DAKOTA
### SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF CHRISTOPHER VONDERLIETH, | CIV. 15-4192 |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| RIVERPORT INSURANCE COMPANY, | |
| Defendant. | |

Come now the above-named parties, by and through the undersigned attorneys and stipulate that the above-entitled matter may be dismissed by the Court, with prejudice, with all parties to bear their own costs and fees, and that the Court may issue its Order for Dismissal upon these conditions without further notice to any party.

DATED this 6th day of October, 2016.

_Rick L. Ramstad_

_____
Rick L. Ramstad
Crew & Crew
P. O. Box 2343
Sioux Falls, SD   57101-2343
(605) 335-5561
Fax: (605) 335-7621
Email:  rick@crewandcrew.com

William D. Sims
Zimmer, Duncan & Cole, LLP
5000 S. Broadband Lane, Ste. 119
Sioux Falls, SD   57108
(605) 361-9840
Fax: (605) 271-7872
Email:  bill@zdclaw.com

1

DATED this _____ day of _____, 2016.

_____
Christina L. Klinger
May, Adam, Gerdes & Thompson LLP
503 S. Pierre Street
Pierre, SD  57501
(605) 224.8803
Fax:  (605) 224-6289
Email:  ckl@mayadam.net

DATED this _____ day of _____, 2016.

_____
Paulette S. Sarp
Hinshaw & Culbertson LLP
333 South Seventh Street, Suite 2000
Minneapolis, MN  55402
(612) 334-2626
Fax:  (612) 334-8888
Email:  PSarp@hinshawlaw.com

2