UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF CHRISTOPHER VONDERLIETH<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RIVERPORT INSURANCE CO.,<br><br>　　　　　Defendant. | 4:15-CV-04192-KES<br><br><br>JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to the parties' joint stipulation for dismissal (Docket 20), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and without costs to either of the parties.

DATED this 11th day of October, 2016.

　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　/s/ *Karen E. Schreier*
　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE